441 A.2d 770

Commonwealth v. Williams, Appellant.

Petition for Allowance of Appeal Denied March 18, 1982.

Submitted June 11, 1980. Peter V. Marks, Sr., for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, WICKERSHAM and LIPEZ, JJ.

Judgment of sentence affirmed.